UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:03-CR-159(02)-G |
| DAVID HILL, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

To the extent that defendant David Hill's *pro se* motion for 2 level reduction (Amendment 782) (docket entry 148) (the "motion") requests reconsideration of the court's denial of his motion for sentence reduction under 18 U.S.C. § 3582(c)(2), reconsideration is **DENIED**. And, to the extent that Hill raises a post-conviction challenge to the initial calculation of his guideline sentence, that challenge is made through an unauthorized successive motion under 28 U.S.C. § 2255. Construing the motion as such, it is **TRANSFERRED** to the United States Court of Appeals for the

Fifth Circuit for appropriate action.

The court further **DIRECTS** the clerk of the court to open for statistical purposes a new Section 2255 case (nature of suit 510 directly assigned, per Special Order 3-250, to Senior United States District Judge A. Joe Fish and United States Magistrate Judge David L. Horan) and close the same on the basis of this order.

**SO ORDERED**.

May 21, 2019.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**